UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
)
In re BLACK FARMERS DISCRIMINATION )
LITIGATION )
)
)
)                                          Misc. No. 08-mc-0511 (PLF)
)
This document relates to:                   )
)
ALL CASES                                    )
)
)

## [PROPOSED] ORDER

*unopposed*

Upon consideration of Lead Class Counsel's Motion for Approval of Distribution of

Funds, and Memorandum of Points and Authorities in Support Thereof ("Motion"), as well as

the entire record in this case, Class Counsel's Motion is hereby GRANTED, and the payments

detailed in the Corrected Preliminary Final Accounting (dated August 15, 2013) prepared by the

Claims Administrator and attached as Exhibit A to the Notice of Filing submitted by Lead Class

Counsel on August 15, 2012 are APPROVED.

It is hereby ORDERED that, pursuant to Section IV.H of the Settlement Agreement, the

Defendant shall within twenty (20) days of the date of this Order provide the U.S. Department of

the Treasury with all necessary forms and documentation to direct a payment in the amount of

$1,200,425.182.08 to the In re Black Farmers Discrimination Litigation QSF Account at

SunTrust Bank. These funds shall be distributed by the Claims Administrator in accordance with

the terms of the Settlement Agreement.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

Date: *August 23, 2013*